JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDETTE REYNOLDS; MARIA ASUZENA GUERRERO; and KARNESHA MARSHALL,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES HUDDLESTON; TERI L. MCDONALD; LOS ANGELES COUNTY PROBATION DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. CV 21-1925-DMG (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendants James Huddleston, Terri McDonald a/k/a Teri McDonald, and the County of Los Angeles' Motion for Summary Judgment, filed July 17, 2023 [Doc. # 67],

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants, and against Plaintiffs Claudette Reynolds, Maria Asuzena Guerrero, and Karnesha Marshall.

DATED: July 17, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE